PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mervin Meniar  **Docket Number:** 10-00267-001
 **PACTS Number:** 34434

**Name of Judicial Officer:** The Honorable Susan D. Wigenton
United States District Judge

**Name of Sentencing Judicial Officer:** The Honorable Joseph R. Goodwin
United States District Judge, SD/WV

**Date of Original Sentence:** 03/25/2005

**Original Offense:** <u>Single Count Information:</u> Possession with Intent to Distribute Cocaine
<u>Count Eight:</u> Possession of a Firearm in Connection with a Drug Trafficking Crime

**Original Sentence:** <u>Single Count Information:</u> 24 months custody
<u>Count Eight:</u> 60 months custody (consecutive to the 24 months custody, for a total of 84 months imprisonment); 5 years supervised release; $200 Special Assessment

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 11/12/09

**Assistant U.S. Attorney:** To be assigned

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On September 6, 2012, the offender was arrested by the New York City Police Department and charged with one count of Criminal Possession of a Controlled Substance, 3rd Degree; and, two counts of Criminal Possession of a Controlled Substance, 5th Degree. |

PROB 12C - Page 2
Mervin Meniar

I declare under penalty of perjury that the foregoing is true and correct.

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 9/27/12

Gisella M. Bassolino
2012.09.27
11:18:16 -04'00'

Carolee Ann Azzarello
2012.09.27
12:26:24 -04'00'

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.   Date of Hearing: 10/16/12 @ 10:30
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Date: 10/[?]/12